221 Pac. (2d) 458.

Decided August 4, 1950.

*J. E. McKenna, Weymouth D. Symmes,* Lewistown, for appellant.

No. 8971. CHARLOTTE J. LEWIS, PLAINTIFF and RESPONDENT, *v.* RENSELAER B. LEWIS, JR., RENSELAER B. LEWIS, SR., CHRISTINE SALVORSEN, JACK THOMPSON and JOHN E. PATTERSON, DEFENDANTS, CHRISTINE SALVORSEN, APPELLANT.

221 Pac. (2d) 458.

Decided August 16, 1950.

*Harris E. Hogan, Edward T. Dussault,* Missoula, for appellant.

*Lympus & Cyr,* Missoula, for respondent.

MR. CHIEF JUSTICE ADAIR:
On written stipulation executed by Harris E. Hogan and Edward T. Dussault, as counsel for appellant, and Oskar O. Lympus, of the law firm of Lympus and Cyr, of counsel for respondent, it is ordered that the appeal be dismissed with prejudice, the case having been fully settled upon its merits.